IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARIF WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 3:12-CV-02460 |
| v. | : | |
| | : | (Judge Mariani) |
| WARDEN DAVID VARANO, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, TO WIT, THIS 31st DAY OF OCTOBER 2013, for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants Varano, Luscavage, Kelley and Stetler's unopposed Motion to Dismiss (Doc. 17) is **GRANTED.**

2. Defendant Kaskie's unopposed Motion to Dismiss (Doc. 18) is **GRANTED.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to comply with a court order.

4. The Clerk of Court is directed to **CLOSE** the case.

5. Any appeal from this Order will be deemed frivolous, without probable cause, and not taken in good faith.

Robert D. Mariani
United States District Judge