IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIF WILLIAMSON, | : |
| Plaintiff, | : |
| | : CIVIL NO. 3:12-CV-02460 |
| v. | : |
| | : (Judge Mariani) |
| WARDEN DAVID VARANO, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW TO WIT, THIS 26th DAY OF NOVEMBER 2013,** in accordance with our Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to reconsider (Doc. 34) is **DENIED.**

Robert D. Mariani
United States District Judge